SULLIVAN et al., Respondents, v. KRAUS et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Patrick H. Sullivan and another against David Kraus and another. C. L. Hoffman, of New York City, for appellants. B. Ellison, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SWIFT et al. v. NEW YORK & S. RY. CO. et al. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Petition by George F. Swift and another against the New York & Stamford Railway Company and another. No opinion. Motion to dismiss appeal from the interlocutory judgment appointing commissioners granted, without costs, such dismissal, however, to be without prejudice to the right of review by appeal from the final order upon the report of the commissioners, under section 3375 of the Code of Civil Procedure.

TEETER v. DANIEL. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Sidney M. Teeter against Anna K. Daniel. No opinion. Motion denied. Settle order on notice. See, also, 148 N. Y. Supp. 1146.

TEMPLETON et al. v. FAMOBROSIS SOCIETY et al. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Aaron D. Templeton and another against the Famobrosis Society and others. No opinion. Order affirmed, with $10 costs and disbursements.

THOMASS v. THOMASS. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Anna L. Thomass against Edward Thomass and others. No opinion. Judgment entered April 21, 1913, affirmed, with costs to defendants respondents Lewis, Locke, and Fantl. Judgment entered April 24, 1913, affirmed, without costs. See, also, 149 N. Y. Supp. 1114.

THOMASS v. THOMASS. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Anna Thomass against Edward Thomass and others. No opinion. Motion granted, without costs. See, also, 149 N. Y. Supp. 1114.

THORN, Respondent, v. EASTERN MAUSOLEUM CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Alfred W. Thorn, suing on behalf of himself, etc., against the Eastern Mausoleum Company and others. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted,

with $10 costs. Held, that the moving papers do not show that the examination is necessary to frame a complaint, or that the testimony of the persons to be examined is material and necessary in the prosecution of the action; issue not having been joined. See Lane v. Fenn, 123 App. Div. 914, 108 N. Y. Supp. 1133.

TISDALE LUMBER CO. v. READ REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by the Tisdale Lumber Company against the Read Realty Company and another. PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, unless defendant Cooper stipulate within 20 days to reduce the judgment. by deducting therefrom $273, which sum represents interest laid upon interest on the claim, in which event, the judgment, as so modified, is affirmed, with costs. See, also, 154 App. Div. 948, 139 N. Y. Supp. 1147.

TONESSEN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Clara Tonessen against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

TORBENSEN GEAR & AXLE CO., Appellant, v. LIPPARD–STEWART MOTOR CAR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department, October 22, 1914.) Action by the Torbensen Gear & Axle Company against the Lippard-Stewart Motor Car Company. No opinion. Judgment and order affirmed, with costs.

In re TOWNLEY'S WILL. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) In the matter of the probate of the alleged last will, etc., of Josephine B. Townley, deceased. In the matter of the application of Garfield Townley, etc. For opinion below, see 144 N. Y. Supp. 750. PER CURIAM. Decree affirmed, without costs. SMITH, P. J., not voting.

TOWN OF SMITHTOWN, Respondent, v. CRUIKSHANK, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by the Town of Smithtown against Edwin A. Cruikshank. No opinion. Judgment and order affirmed, with costs.

TRANGEL, Respondent, v. BOORUM & PEASE CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Mary Trangel